# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALAN ZIEGLER, NICOLAS BENE,    :   No. 22 MM 2020
LISSETTE CHEVALIER, JOSE MUNOZ,    :
AND EFRAIN CABAN INDIVIDUALLY AND    :
ON BEHALF OF ALL SIMILARLY    :
SITUATED PERSONS,    :
   :
         Petitioners    :
   :
   :
      v.    :
   :
   :
THE CITY OF READING, AND READING    :
AREA WATER AUTHORITY,    :
   :
         Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the "Petition for Extraordinary Relief" is DENIED.